**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ERIC PENCE OGLETREE,

      *Plaintiff*,

  -against-

CARCO GROUP, INC. d/b/a DRIVER IQ,

      *Defendant*.

Case No.: 2:24-cv-03973-NJC-ST

## STATUS REPORT

Plaintiff, Eric Pence Ogletree ("Plaintiff"), and Defendant Carco Group, Inc. d/b/a Driver IQ ("Driver IQ") (together, the "Parties"), pursuant to the Court's Scheduling Order (ECF Doc. 11), submit this report on the status of proceedings to date and state as follows:

1.     The Parties completed Phase I discovery by the deadline set forth in the Scheduling Order.

2.     The Parties have served and responded to written discovery requests, including interrogatories and requests for production,

3.     As previously reported on November 22, 2024, the Parties have selected Noah Hanft to serve as mediator. The mediation is scheduled for January 30, 2025.

4.     The parties continue to engage in settlement discussions to resolve the matter on their own.

Date: December 11, 2024                    Respectfully submitted,

By: */s/ Joshua D. Howell*
Joshua D. Howell (*admitted pro hac vice*)
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: 804.697.1200
Fax: 804.697.1339
Email: Joshua.Howell@troutman.com

Stefanie Cerrone
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Fax: 212.704.6288
Email: Stefanie.Cerrone@troutman.com

*Counsel for Defendant Carco Group, Inc. d/b/a Driver IQ*

By: */s/ Siobhán McGreal*
Siobhán McGreal
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: 215.735.8600
Email: smcgreal@consumerlawfirm.com

*Counsel for Plaintiff Eric Pence Ogletree*