**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ERIC PENCE OGLETREE,

*Plaintiff,*

-against-

CARCO GROUP, INC. d/b/a
DRIVER IQ

*Defendant.*

Case No. 2:24-CV-03973

## <u>STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff
Eric Pence Ogletree and Defendant Carco Group, Inc. d/b/a Driver IQ that pursuant
to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff stipulates to the dismissal of this action
**<u>with prejudice</u>**, with each party to bear their own attorney's fees, costs and expenses
incurred.

Respectfully submitted,

/s/ Siobhán McGreal
Siobhán McGreal, Esq.
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
smcgreal@consumerlawfirm.com

*Attorneys for Plaintiff*


Dated: January 29, 2025

/s/ Stefanie Cerrone
Stefanie Cerrone
**Troutman Pepper Locke LLP**
875 3rd Avenue
New York, NY 10022
Tel: (914) 497-9501
stefanie.cerrone@troutman.com

Joshua Daniel Howell
**Troutman Pepper Locke LLP**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Tel: (804) 697-1276
joshua.howell@troutman.com



*Attorneys for Carco Group, Inc. d/b/a Driver IQ*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on January 29, 2025, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Siobhán McGreal
Siobhán McGreal, Esq.